AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

VERONICA R., OBO: E.R. MINOR,

    *Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

    *Defendant*

Civil Action No. 1:24-CV-03126-SAB

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 21, 2025

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Opening Brief, also noted as Motion for Summary Judgment, ECF No. 10, and Reply Brief, ECF No. 15, are DENIED. The Commissioner's Response Brief, ECF No. 14, is GRANTED. The decision of the Commissioner is AFFIRMED. Judgment is entered in favor of the Defendant and against the Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Stanley A. Bastian

Date: 5/21/2025

CLERK OF COURT

SEAN F. McAVOY

s/ Courtney Piazza
    *(By) Deputy Clerk*
Courtney Piazza